UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

RAFAEL T. RAMIREZ, in his individual and representative capacity as trustee of the Zerimar Family Trust; KAREN K. RAMIREZ, in her individual and representative capacity as trustee of the Zerimar Family Trust; JUVENTINO ALCALA; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-00191-MCE-CKD

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for April 6, 2017 at 2:00 pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

**Dated:  January 24, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order    -1-    2:16-CV-00191-MCE-CKD