UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

RAFAEL T. RAMIREZ, in his individual and representative capacity as trustee of the Zerimar Family Trust; KAREN K. RAMIREZ, in her individual and representative capacity as trustee of the Zerimar Family Trust; JUVENTINO ALCALA; and Does 1-10,

    Defendants.

Case: 2:16-CV-00191-MCE-CKD

**ORDER**

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A) (ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE